| Prob 22 (10/2007) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 16-CR-051-001-GKF |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) CR-19-252-D |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Nelson Wade Cagle | DISTRICT Northern District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Gregory K. Frizzell, United States District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM June 5, 2019 — TO June 4, 2020 |

**OFFENSE**

26 U.S.C. § 7206(1) Subsribing to False Tax Return

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF OKLAHOMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 29, 2019
Date

[signature]
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

24 Sep 19
Date

[signature]
United States District Judge